

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STAGECOACH CARTAGE and DISTRIBUTION, LLC, | § | No. 08-23-00224-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 205th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| VICTOR A. ITO, | | |
| | § | (TC# 2022-DCV-1021) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF OCTOBER 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.